SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD L. KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY
SHERIFF'S DEPARTMENT,
and WARREN RUPF

JOHN L. BURRIS, Esq. (SBN 69888)
BENJAMIN NISENBAUM, Esq. (SBN 222173)
LAW OFFICES OF JOHN BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: johnburris@johnburrislaw.com

Attorneys for Plaintiff
TREON PIQUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREON PIQUE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | No. C 08-04408 MMC<br><br>STIPULATION AND ORDER TO RESET MEDIATION BRIEFING SCHEDULE |

The parties and the assigned mediator in the above-entitled action conducted the required mediation telephone conference on February 25, 2009. The mediation has been set for March 30, 2009. As a part of the conference, the parties discussed a briefing schedule for

STIPULATION AND ORDER TO RESET MEDIATION BRIEFING SCHEDULE
– C 08-04408 MMC

1

mediation, and the parties and the mediator agreed that the convenience of the parties and the mediator would be best served by modifying the schedule for mediation briefing. Accordingly, the parties and the mediator have agreed and the parties hereby stipulate that the mediation briefs required under ADR local rules may be exchanged and provided to the mediator on March 25, 2009. The parties hereby request the court enter an order allowing that modification to the mediation schedule.

SO STIPULATED.

Date: 2/27/09

SILVANO B. MARCHESI
COUNTY COUNSEL

By: _____
Bernard L. Knapp
Deputy County Counsel
Attorneys for Defendants
COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, and WARREN RUPF in his official capacity as Sheriff of the COUNTY OF CONTRA COSTA

Date:

THE LAW OFFICES OF JOHN L. BURRIS

By: _____
Benjamin Nisenbaum
Attorneys for Plaintiff
TREON PIQUE

SO ORDERED.

Date:

_____
Maxine M. Chesney
United States District Judge

STIPULATION AND ORDER TO RESET MEDIATION BRIEFING SCHEDULE
– C 08-04408 MMC

2

1  mediation, and the parties and the mediator agreed that the convenience of the parties and the
2  mediator would be best served by modifying the schedule for mediation briefing.
3  Accordingly, the parties and the mediator have agreed and the parties hereby stipulate that the
4  mediation briefs required under ADR local rules may be exchanged and provided to the
5  mediator on March 25, 2009. The parties hereby request the court enter an order allowing that
6  modification to the mediation schedule.
7  SO STIPULATED.
8
9  Date: 2/27/09                         SILVANO B. MARCHESI
10                                       COUNTY COUNSEL
11                                       By: _____
12                                       Bernard L. Knapp
                                         Deputy County Counsel
13                                       Attorneys for Defendants
                                         COUNTY OF CONTRA COSTA, CONTRA
14                                       COSTA COUNTY SHERIFF'S
                                         DEPARTMENT, and WARREN RUPF in his
15                                       official capacity as Sheriff of the COUNTY OF
                                         CONTRA COSTA
16
17  Date: 3/5/09                         THE LAW OFFICES OF JOHN L. BURRIS
18                                       By: _____
19                                       Benjamin Nisenbaum
20                                       Attorneys for Plaintiff
                                         TREON PIQUE
21
22
23  SO ORDERED.
24  Date:   March 9, 2009                _____
                                         Maxine M. Chesney
25                                       United States District Judge
26
27
28

STIPULATION AND ORDER TO RESET MEDIATION BRIEFING SCHEDULE
— C 08-04408 MMC

2