1 | SILVANO B. MARCHESI (SBN 42965)
County Counsel
2 | BERNARD L. KNAPP (SBN 111720)
Deputy County Counsel
3 | COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
4 | Martinez, California 94553
Telephone:  (925) 335-1800
5 | Facsimile:  (925) 335-1866
Email: bknap@cc.cccounty.us
6
Attorneys for Defendants
7 | COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY
8 | SHERIFF'S DEPARTMENT,
and WARREN RUPF
9

10 | JOHN L. BURRIS, Esq. (SBN 69888)
BENJAMIN NISENBAUM, Esq. (SBN 222173)
11 | LAW OFFICES OF JOHN BURRIS
Airport Corporate Center
12 | 7677 Oakport Street, Suite 1120
Telephone: (510) 839-5200
13 | Facsimile:  (510) 839-3882
Email: johnburris@johnburrislaw.com
14

15 | Attorneys for Plaintiff
TREON PIQUE
16

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TREON PIQUE,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>        Defendants. | No.   C 08-04408 MMC<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT |
|---|---|

Plaintiff filed a first amended complaint on Friday, March 6, 2009, naming three new

individual defendants in lieu of the previously named fictitious defendant "Robert Jones," and

STIPULATION AND ORDER EXTENDING  TIME TO RESPOND TO FIRST AMENDED
COMPLAINT – C 08-04408 MMC

1   to some degree modifying the allegations against all defendants.  The parties agree and

2   stipulate that the time in which defendants County of Contra Costa, Contra Costa County

3   Sheriff's Department, and Warren Rupf, who have appeared and answered in this action, may

4   file responsive pleadings to the First Amended Complaint, may be extended to April 6, 2009,

5   and request the court so order.

6   SO STIPULATED.

7   Date: 3/10/09                            SILVANO B. MARCHESI
                                            COUNTY COUNSEL
8

9                                           By: _____

10                                             Bernard L. Knapp
                                               Deputy County Counsel
11                                             Attorneys for Defendants
                                               COUNTY OF CONTRA COSTA, CONTRA
12                                             COSTA COUNTY SHERIFF'S
                                               DEPARTMENT, and WARREN RUPF in his
13                                             official capacity as Sheriff of the COUNTY OF
                                               CONTRA COSTA
14

15  Date:                                   THE LAW OFFICES OF JOHN L. BURRIS

16
                                            By: _____
17                                             Benjamin Nisenbaum
                                               Attorneys for Plaintiff
18                                             TREON PIQUE

19

20

21  SO ORDERED.

22  Date:                                   _____
                                            Maxine M. Chesney
23                                          United States District Judge

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED
COMPLAINT – C 08-04408 MMC

2

03/10/2009  10:12  5108393882                    LAW OFFICE OF JOHN BURRIS                    #4275 P.003 /005
03/10/2009  11:08  FAX 925 335 1866              CONTRA COSTA CTY COUNSEL                      ☑003

Case 3:08-cv-04408-MMC   Document 17   Filed 03/11/09   Page 3 of 3

1  to some degree modifying the allegations against all defendants.  The parties agree and

2  stipulate that the time in which defendants County of Contra Costa, Contra Costa County

3  Sheriff's Department, and Warren Rupf, who have appeared and answered in this action, may

4  file responsive pleadings to the First Amended Complaint, may be extended to April 6, 2009,

5  and request the court so order.

6  SO STIPULATED.

7  Date:  3/10/09

8  SILVANO B. MARCHESI
   COUNTY COUNSEL

9  By: _____

10 Bernard L. Knapp
   Deputy County Counsel
11 Attorneys for Defendants
   COUNTY OF CONTRA COSTA, CONTRA
12 COSTA COUNTY SHERIFF'S
   DEPARTMENT, and WARREN RUPF in his
13 official capacity as Sheriff of the COUNTY OF
   CONTRA COSTA

14

15 Date:  3/10/09

   THE LAW OFFICES OF JOHN L. BURRIS

16 By: _____

17 Benjamin Nisenbaum
   Attorneys for Plaintiff
18 TREON PIQUE

19

20

21 SO ORDERED.

22 Date:  March 11, 2009

   Maxine M. Chesney
23 United States District Judge

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED
COMPLAINT -- C 08-04408 MMC

2