1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  BERNARD L. KNAPP (SBN 111720)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile: (925) 335-1866
   Email: bknap@cc.cccounty.us
6
   Attorneys for Defendants
7  COUNTY OF CONTRA COSTA,
   CONTRA COSTA COUNTY
8  SHERIFF'S DEPARTMENT,
   and WARREN RUPF
9

10 JOHN L. BURRIS, Esq. (SBN 69888)
   BENJAMIN NISENBAUM, Esq. (SBN 222173)
11 LAW OFFICES OF JOHN BURRIS
   Airport Corporate Center
12 7677 Oakport Street, Suite 1120
   Telephone: (510) 839-5200
13 Facsimile: (510) 839-3882
   Email: johnburris@johnburrislaw.com
14

15 Attorneys for Plaintiff
   TREON PIQUE
16

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

20

21 TREON PIQUE,                        | No.  C 08-04408 MMC
22        Plaintiff,                   |       EXTENDING
                                       | STIPULATION AND ORDER ~~TO EXTEND~~
23 v.                                  | TIME TO COMPLETE MEDIATION TO
                                       | JULY 30, 2009
24 COUNTY OF CONTRA COSTA, et al.,     |
25        Defendants.                  |

26      Pursuant to this court's ADR orders, a mediation was set in this matter for March 30,

27 2009. After that setting, on March 6, 2009, plaintiff filed a First Amended Complaint, naming

28 three new individual defendants and adding more detailed factual allegations. Counsel for the

STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION TO JULY
30, 2009 – C 08-04408 MMC

1

1  parties have conferred, and after discussion of the utility of early mediation, have determined
2  mediation is unlikely to be productive until the parties have had an opportunity to obtain key
3  documents and take the depositions of the principal actors in the events that give rise to the
4  action. The parties agree a period of approximately 4 months will be required to accomplish
5  that necessary discovery. The parties contemplate scheduling a mediation for the period July 1
6  to July 15, 2009. The parties have conferred with the mediator, Peter Rukin, and he has
7  indicated he is available in that period. Accordingly, the parties agree and hereby request that
8  the deadline for completion of mediation be extended to July 30, 2009.
9  SO STIPULATED.

10  Date: 3-10-09         SILVANO B. MARCHESI
                         COUNTY COUNSEL

12                       By: _____
13                       Bernard L. Knapp
                         Deputy County Counsel
14                       Attorneys for Defendants
                         COUNTY OF CONTRA COSTA, CONTRA
15                       COSTA COUNTY SHERIFF'S
                         DEPARTMENT, and WARREN RUPF in his
16                       official capacity as Sheriff of the COUNTY OF
                         CONTRA COSTA
17

18  Date:                THE LAW OFFICES OF JOHN L. BURRIS
19
20                       By: _____
                         Benjamin Nisenbaum
21                       Attorneys for Plaintiff
                         TREON PIQUE
22

23  SO ORDERED.
24  Date:                _____
                         Maxine M. Chesney
25                       United States District Judge
26
27
28

STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION TO JULY 30, 2009 – C 08-04408 MMC

1 parties have conferred, and after discussion of the utility of early mediation, have determined
2 mediation is unlikely to be productive until the parties have had an opportunity to obtain key
3 documents and take the depositions of the principal actors in the events that give rise to the
4 action. The parties agree a period of approximately 4 months will be required to accomplish
5 that necessary discovery. The parties contemplate scheduling a mediation for the period July 1
6 to July 15, 2009. The parties have conferred with the mediator, Peter Rukin, and he has
7 indicated he is available in that period. Accordingly, the parties agree and hereby request that
8 the deadline for completion of mediation be extended to July 30, 2009.
9 SO STIPULATED.

10 Date: 3-10-09

SILVANO B. MARCHESI
COUNTY COUNSEL

By: _____
Bernard L. Knapp
Deputy County Counsel
Attorneys for Defendants
COUNTY OF CONTRA COSTA, CONTRA
COSTA COUNTY SHERIFF'S
DEPARTMENT, and WARREN RUPF in his
official capacity as Sheriff of the COUNTY OF
CONTRA COSTA

18 Date: 3-10-09

THE LAW OFFICES OF JOHN L. BURRIS

By: _____
Benjamin Nisenbaum
Attorneys for Plaintiff
CREON PIQUE

23 SO ORDERED.
24 Date:   March 11, 2009

_____
Maxine M. Chesney
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION TO JULY 30, 2009 -- C 08-04408 MMC

2