United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREON PIQUE,

      Plaintiff,

  v.

COUNTY OF CONTRA COSTA, et al.,

      Defendants

_____/

No. C 08-4408 MMC

**ORDER OF DISMISSAL**

     The parties having advised the Court that they have agreed to a settlement of the above-titled action,

     IT IS HEREBY ORDERED that plaintiff's claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

     **IT IS SO ORDERED.**

Dated:  July 27, 2009

_____
MAXINE M. CHESNEY
United States District Judge