JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200   Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREON PIQUE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation, et al.<br><br>　　　　Defendants.<br>_____/ | Case No. C 08 04408 MMC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

PURSUANT TO THE EXECUTION OF THE PARTIES' SETTLEMENT, Plaintiff hereby dismisses this action with prejudice pursuant to FRCP 41(a)(1).

Dated: 7/31 2009

　　　　　　　　　　　　　　　　　　　　　　The Law Offices of John L. Burris

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Ben Nisenbaum
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL 1

Dated: Aug 3 2009                    Bernard L. Knapp, Deputy County Counsel

/s/

_____
Bernard L. Knapp, Deputy County Counsel
Attorney for Defendants

### (PROPOSED) ORDER

**IT IS HEREBY ORDERED** that this action is hereby dismissed with prejudice, pursuant to the terms of the settlement agreement in this matter.

**IT IS SO ORDERED.**

Date: August 4, 2009
_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL 2